IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SANDRA GRAY, | * |
| Plaintiff, | * |
| vs. | * |
| PEGGY L. BROWN, ELLEN W. MCDORMAN, EMMCO, LLC, THE BANK OF NEW YORK MELLON AS TRUSTEE, OCWEN LOAN SERVICING, LLC, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | * * * * CASE NO. 3:17-CV-153 (CDL) |
| Defendants. | * |

JUDGMENT

Based on the jury verdict returned on November 15, 2019, the Court's granting in part of Defendants' motion for judgment as a matter of law during trial, the Court's April 23, 2018 order granting in part Defendants' motion to dismiss, and the Court's order dated December 12, 2019 as to Defendant Emmco, LLC, judgment is entered in favor of all of the Defendants as to all of Plaintiff's claims.  And Plaintiff shall recover nothing from Defendants.  Defendants, except for Emmco, LLC, shall recover their costs from Plaintiff as taxed by the Clerk.[1]

---

[1] Defendant Brown's motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure remains pending and shall be decided in due course.  After that motion has been ruled upon, an amended judgment shall be entered if appropriate.  Defendant Brown's counterclaim for abusive litigation under state law was previously dismissed without prejudice as premature.

2

IT IS SO ORDERED, this 12th day of December, 2019.

                                                S/Clay D. Land  
                                                CLAY D. LAND  
                                                CHIEF U.S. DISTRICT COURT JUDGE  
                                                MIDDLE DISTRICT OF GEORGIA