IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SANDRA GRAY, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 3-17-cv-153 (CDL) |
| PEGGY BROWN, *et al.*, | * | |
| Defendants. | * | |

O R D E R

Defendant Peggy Brown, who is an attorney representing herself *pro se* in this action, has filed a motion pursuant to Rule 11 of the Federal Rules of Civil Procedure to recover attorney's fees (ECF No. 95). Although Brown makes a strong case that Plaintiff and her counsel violated Rule 11, the Court is not authorized to grant Brown the relief she seeks. *See Massengale v. Ray*, 267 F.3d 1298, 1303 (11th Cir. 2001)(holding that the district court erred in awarding attorney's fees to a *pro se* attorney litigant as a Rule 11 sanction). Accordingly, Brown's motion is denied. However, Brown as a prevailing party is entitled to recover her costs which shall be taxed by the Clerk upon Brown's application to the Clerk for their recovery.

IT IS SO ORDERED, this 23rd day of December, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA